No. 95, Misc. STEVENSON *v.* UNITED STATES. Court of Claims. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox* for the United States. 

No. 100, Misc. FERGUSON *v.* WHITEHURST, COMMONWEALTH'S ATTORNEY FOR CITY OF NORFOLK, VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 101, Misc. SMITH *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 103, Misc. WHITE *v.* DUNCAN, COMMISSIONER, ET AL. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se.* *Chester H. Gray, Milton D. Korman* and *Hubert B. Pair* for respondents.

No. 104, Misc. JACK *v.* WASHINGTON. Supreme Court of Washington. Certiorari denied. 

No. 110, Misc. WAI LAU *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Gilbert S. Rosenthal* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States. 

No. 111, Misc. WISEMAN *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. Supreme Court of Florida. Certiorari denied.

No. 112, Misc. HENIG ET AL. *v.* ODORISIO ET AL. C. A. 3d Cir. Certiorari denied.

No. 113, Misc. HOOD *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. Supreme Court of Florida. Certiorari denied.